UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>Jalani Dejun LOVE,<br><br>       Defendant. | Magistrate Case No. __21-MJ-1413__<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii)<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about April 14, 2021, within the Southern District of California, defendant Jalani Dejun LOVE, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that aliens, namely, Evelin RODRIGUEZ-Gijon and L.M.L., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

                                          SIGNATURE OF COMPLAINANT
                                          Gabriela Acevedo, CBP Enforcement Officer
                                          U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 15th of April 2021.

                                          HON. ALLISON H. GODDARD
                                          UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Evelin RODRIGUEZ-Gijon and L.M.L. are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimonies are material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 14, 2021, at approximately 4:15 P.M., Jalani Dejun LOVE (Defendant) applied for admission into the United States from Mexico through the vehicle primary inspection lanes at the Otay Mesa, California Port of Entry. Defendant was the driver, registered owner, and sole visible occupant of a 2003 GMC Yukon. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant presented his State of California identification card, and stated he was going to Victorville, California with nothing to declare from Mexico. The CBP Officer asked the Defendant what the purpose of his trip to Mexico was and the Defendant stated he was exploring Mexico. The CBP Officer conducted an inspection of the vehicle and noticed an anomaly on the rear floor carpet; the carpet was not properly attached to the floor. The CBP Officer referred the vehicle to secondary inspection.

In secondary, the Defendant drove his vehicle through an x-ray device where a CBP Officer noticed discrepancies within the rear cargo quarter panel areas. The Officer observed an image of a human body in the rear quarter panel. Assistance was requested over radio communications with other CBP Officers responding. Defendant was immediately secured and escorted to a secured office. Both rear quarter panels were accessed by CBP Officers and instructed the undocumented aliens to exit the compartment area. They were later identified as Evelin RODRIGUEZ-Gijon (Material Witness 1) and L.M.L. (Material Witness 2), determined to be citizens of Mexico with no entitlements to enter, pass through or reside in the United States.

During a video recorded interview, Material Witnesses admitted being citizens of Mexico with no legal documents to enter the United States. Material Witnesses stated the smuggling arrangements were made by someone else, Material Witness 1 stated she was to pay $9,500.00 USD as the smuggling fee and Material Witness 2 stated the amounts of the fee was unknown. Material Witnesses stated they intended to travel to Los Angeles and Santa Rosa, California, respectively, to reside.